AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 7 2019
Clerk, U.S. District Court
Western District of Texas

By: *Vm*
Deputy

**USA**

vs.

**(1) LUIS ANGEL PEREZ-ZARATE**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:19-M -08790(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 04, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, departed the United States while an order of exclusion, deportation, or removal was outstanding, thereafter, entered, attempt to enter, or was found in the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Luis Angel PEREZ-Zarate , an alien to the United States and a citizen of Mexico was found in the United States on October 04, 2019 approximately 2 miles east of the Ysleta Port of Entry near El "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Lopez, Carlos A.
Border Patrol Agent

October 7, 2019
File Date

at  EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:19-M -08790(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) LUIS ANGEL PEREZ-ZARATE**

*FACTS   (CONTINUED)*

**Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of  Mexico , without immigration documents allowing him to be or remain in the United States legally. Defendant has been previously ordered removed on April 18, 2018 in Denver, Colorado by an Immigration Judge from the United States to Mexico.  Defendant has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

IMMIGRATION HISTORY:

**The DEFENDANT was served with an Immigration Notice to Appear (I-862) on 06/05/2015.**

CRIMINAL HISTORY:

**09/07/2014, Denver, CO, Traffic Offence, DUI, Public Peace(M), ACC, Unknown..**
**10/24/2014, Denver, CO, Traffic Offence, Failure to Appear(M), ACC, Outstanding Warrant..**
**09/27/2015, Denver, CO, Traffic Offence, DUI(M), ACC, Unknown..**
**02/20/2016, Denver, CO, Making False Report(M), CNV, 2 Days in Jail..**
**07/14/2017, Commerce City, CO, Habitual Traffic Offender, Traffic Offence(M), ACC, Unknown..**
**10/09/2017, Denver, CO, Assault(F), ACC, Unknown..**